KEVIN D. CLYMO
Attorney at Law
Ca. St. Bar No. 88562
1812 J Street, Suite 22
Sacramento, California 95814
Telephone: (916) 447-1200

Attorney for Defendants
BRIAN BASTI
FRANK BASTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-05-014 DFL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND PROPOSED ORDER |
| ) | TO CONTINUE DATE TO SURRENDER |
| BRIAN BASTI and ) | FOR SERVICE OF SENTENCE |
| FRANK BASTI, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew C. Stegman, Assistant United States Attorney, together with counsel for defendants, Kevin D. Clymo, that the previously set surrender date of October 6, 2005 be continued to October 20, 2005.

    This continuance is requested to allow the defendants the opportunity to surrender to a designated institution rather than to the Sacramento United States Marshal's Office.  The defendants have not been designated to an institution for service of sentence and as of October 3, 2005 the Sacramento United States Marshal's Office had not received designation information from the Bureau of Prisons.

IT IS SO STIPULATED.

Dated: October 3, 2005            s/Kevin D. Clymo
                                        KEVIN CLYMO
                                        Attorney for Defendants
                                        Brian Basti
                                        Frank Basti

Dated: October 3, 2005            McGREGOR W. SCOTT
                                        United States Attorney

                                  by:  s/Matthew C. Stegman[1]
                                        MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney

---

[1] Kevin D. Clymo has obtained authorization to sign on behalf of Matthew C. Stegman

2

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the October 6, 2005 surrender date be continued to October 20, 2005 in order to allow the defendants the opportunity to surrender to a designated institution.

Dated: 10/03/2005                    /s/ David F. Levi
                                     DAVID F. LEVI
                                     United States District Judge