KEVIN D. CLYMO
Attorney at Law
Ca. St. Bar No. 88562
1812 J Street, Suite 22
Sacramento, California 95814
Telephone: (916) 447-1200

Attorney for Defendants
BRIAN BASTI
FRANK BASTI

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR.S-05-014 DFL |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER TO CONTINUE DATE TO SURRENDER |
| BRIAN BASTI and FRANK BASTI, | FOR SERVICE OF SENTENCE |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew C. Stegman, Assistant United States Attorney, together with counsel for defendants, Kevin D. Clymo, that the previously set surrender date of October 20, 2005 be continued to January 5, 2006.

IT IS SO STIPULATED.

Dated: October 18, 2005          s/Kevin D. Clymo
                                 KEVIN CLYMO
                                 Attorney for Defendants
                                 Brian Basti and Frank Basti

Dated: October 18, 2005          McGREGOR W. SCOTT
                                 United States Attorney

                            by:  s/Matthew C. Stegman[1]
                                 MATTHEW C. STEGMAN
                                 Assistant U.S. Attorney

---

[1] Kevin D. Clymo has obtained authorization to sign on behalf of Matthew C. Stegman

1

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the October 20, 2005 surrender date be continued to January 5, 2006.

Dated: October 19, 2005

_____
DAVID F. LEVI
United States District Judge