1  KEVIN D. CLYMO
   Attorney at Law
2  Ca. St. Bar No. 88562
   1812 J Street, Suite 22
3  Sacramento, California 95814
   Telephone: (916) 447-1200
4
   Attorney for Defendants
5  BRIAN BASTI
   FRANK BASTI
6

7              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,      )  Case No. CR.S-05-014 DFL
                                  )
10                   Plaintiff,    )
                                  )
11        v.                       )  STIPULATION AND PROPOSED ORDER
                                  )  TO CONTINUE DATE TO SURRENDER
12 BRIAN BASTI and                )  FOR SERVICE OF SENTENCE
   FRANK BASTI,                   )
13                                )
                     Defendants.   )
14 _____ )

15        IT IS HEREBY stipulated between the United States of

16 America through its undersigned counsel, Matthew C. Stegman,

17 Assistant United States Attorney, together with counsel for

18 defendants, Kevin D. Clymo, that the previously set surrender

19 date of October 20, 2005 be continued to January 5, 2006.

20 IT IS SO STIPULATED.

21 Dated: October 18, 2005          s/Kevin D. Clymo
                                   KEVIN CLYMO
22                                 Attorney for Defendants
                                   Brian Basti and Frank Basti
23
   Dated: October 18, 2005         McGREGOR W. SCOTT
24                                 United States Attorney

25                            by:  s/Matthew C. Stegman[1]
                                   MATTHEW C. STEGMAN
26                                 Assistant U.S. Attorney

27 _____

28        [1]Kevin D. Clymo has obtained authorization to sign on behalf of Matthew
   C. Stegman

                                 1

<u>ORDER</u>

GOOD CAUSE APPEARING, it is hereby ordered that the October 20, 2005 surrender date be continued to January 5, 2006.

Dated: October 19, 2005

DAVID F. LEVI
United States District Judge